JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN L. McNAMARA | CASE NO. SA CV07-1270-DOC(RNBx) |
| **Plaintiff(s),** | |
| v. | **O R D E R OF DISMISSAL** |
| TRAVIS SCOTT LUTHER, ET. AL., | |
| **Defendant(s).** | |

Pursuant to the Stipulated Settlement Agreement, Mutual Release of Claims, Stipulation for Entry of Judgment,

**IT IS ORDERED** that the above-captioned matter is dismissed. The Court retains jurisdiction to enforce compliance with the terms of the Stipulated Settlement Agreement.

DATED: June 30, 2008

_____
DAVID O. CARTER
United States District Judge